UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,         JUDGMENT

                                                                                      11-CV- 1476 (KAM)

                       Plaintiff,

        -against-

JOSEPH CATAPANO and MICHAEL PIERVINANZI,

                       Defendants.
----------------------------------------------------------------X

        An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on October 23, 2015, granting in part and denying in part Plaintiff's motion for final judgment as follows: (1) Plaintiff's motion for disgorgement and prejudgment interest against Defendants jointly and severally is granted in the amount of $31,000.00 for disgorgement, plus prejudgment interest in the amount of $310.00; (2) Plaintiff's motion for third tier civil penalties is denied; a second tier penalty of $44,000.00 is imposed as to Joseph Catapano; the Court imposes a civil penalty on Michael Piervinanzi in the amount of $10,425.00; and directing the Clerk of Court to enter judgment; it is

        ORDERED and ADJUDGED that Plaintiff's motion for final judgment is granted in part and denied in part; and that it is further,

        ORDERED and ADJUDGED that Plaintiff Securities and Exchange Commission's motion for disgorgement and prejudgment interest is hereby granted against Defendants Joseph Catapano and Michael Piervinanzi jointly and severally, in the amount of $31,000.00 for disgorgement, plus prejudgment interest of $310.00; and that it is further,

**JUDGMENT** 11-CV- 1476 (KAM)

ORDERED and ADJUDGED that Plaintiff Securities and Exchange Commission's motion for third tier civil penalties is denied; and that a second tier penalty of $44,000.00 is imposed as to Defendant Joseph Catapano; and that it is further,

ORDERED and ADJUDGED that the Court imposes a civil penalty on Defendant Michael Piervinanzi in the amount of $10,425.00.

| | |
|---|---|
| Dated: Brooklyn, New York<br>October 23, 2015 | Douglas C. Palmer<br>Clerk of Court |
| | by:    */s/ Janet Hamilton*<br>       Deputy Clerk |